1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12

LORI MANNARINO; SAM
TREIHAFT

Plaintiffs,

v.

U.S. BANK NATIONAL
ASSOCIATION, as trustee for THE
PROF-2013-S3 REMIC TRUST III;
FAY SERVICING, LLC; BARRETT
DAFFIN FRAPPIER TREDDER &
WEISS, LLP; BANK OF AMERICA,
N.A., and DOES 1-50, Inclusive

Defendants.

_____

Case No.:
2:15-CV-08983 DSF (JPRx)

JUDGMENT

13
14
15
16
17
18
19
20
21
22

     The Court having ordered that the case be dismissed for the reasons stated

23

in its February 23, 2016, order, IT IS ORDERED AND ADJUDGED that the

24

plaintiff take nothing, that the action be dismissed with prejudice, and that

25

defendants recover their costs of suit pursuant to a bill of costs filed in accordance

26

with 28 U.S.C. § 1920.

27

Dated: 2/25/16

_____
Dale S. Fischer
United States District Judge

28